```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3     JAMES DEAN, JR.                  )   No. 09 C 4374
                                        )
 4                    Plaintiff,        )   Chicago, Illinois
                                        )   October 20, 2010
 5                                      )   9:00 o'clock a.m.
       -vs-                             )
 6                                      )
                                        )
 7     DRAPER & KRAMER, INC.,           )
                                        )
 8                    Defendant.        )

 9
               TRANSCRIPT OF PROCEEDINGS - STATUS
10             BEFORE THE HONORABLE MILTON I. SHADUR

11    APPEARANCES:

12    For the Defendant:      K&L GATES LLP
                              70 West Madison Street
13                            Suite 3100
                              Chicago, Illinois 60602
14                            BY:  MR. JOHN PEIRCE MORRISON

15

16

17

18

19

20

21

22

23    Court Reporter:         ROSEMARY SCARPELLI
                              219 South Dearborn Street
24                            Room 2304A
                              Chicago, Illinois  60604
25                            (312) 435-5815
```

| | |
|---|---|
| 1 | THE CLERK:  09 C 4374, Dean versus Draper & Kramer. |
| 2 | MR. MORRISON:  Your Honor, Peirce Morrison on |
| 3 | behalf of defendant Draper & Kramer.  I don't see Mr. -- |
| 4 | THE COURT:  Hear anything from the plaintiff? |
| 5 | MR. MORRISON:  No.  We have tried to contact him by |
| 6 | the phone number that he has given us and the e-mail that he |
| 7 | has given us for other portions of the case and have had no |
| 8 | response whatsoever. |
| 9 | THE COURT:  Why don't we wait just briefly and see |
| 10 | whether he chooses to pursue his lawsuit.  And we will recall |
| 11 | it in a few minutes. |
| 12 | MR. MORRISON:  Thank you. |
| 13 | THE COURT:  Thank you. |
| 14 | (Recess taken.) |
| 15 | THE CLERK:  Dean versus Draper & Kramer. |
| 16 | MR. MORRISON:  Your Honor, Peirce Morrison again |
| 17 | representing the defendant.  I don't see Mr. Dean here. |
| 18 | There has been no appearance filed by an attorney on behalf |
| 19 | of Mr. Dean.  You are aware that last time we were here you |
| 20 | ordered either Mr. Dean or a new attorney to appear at this |
| 21 | proceeding and you also ordered him to produce -- to respond |
| 22 | to all outstanding discovery today.  We don't have a response |
| 23 | yet.  Now, it is not the end of the day.  But -- |
| 24 | THE COURT:  Well, it is -- it is very troublesome. |
| 25 | And I have not essentially sent the proverbial shot across |

1 the bow by saying inaction amounts to abandonment and,
2 therefore, you may be dismissed for want of prosecution.  But
3 I think the time has come to do that.
4     MR. MORRISON:  I think so.  And I would be
5 requesting you to do so.  And I can assure you that otherwise
6 if you hadn't done so and if we don't get the discovery
7 responses as -- as ordered, and they are substantially late,
8 I would be moving for discovery sanctions and seeking this as
9 a -- as agreement -- dismissal.  Excuse me.
10     THE COURT:  I think a short time frame is -- ought
11 to be set here, given the delinquency.  And so suppose I set
12 this for maybe two weeks from Friday, the 5th, if that is
13 good for you.  Or if that is not a good day that week, I
14 think I can do it just about any day other than Wednesday,
15 the 3rd.
16     MR. MORRISON:  I will be out on Friday, the 5th.  I
17 would prefer some day earlier in that week.  And I am
18 thinking --
19     THE COURT:  What about Thursday, the 4th?
20     MR. MORRISON:  I believe that is okay.  If you let
21 me sort of flip through my --
22     THE COURT:  Sure.
23     MR. MORRISON:  -- electronic -- Thursday, the 4th,
24 would be fine.
25     THE COURT:  All right.  I am setting this for

1 | November 4th at 9:00 o'clock, with the provision in the
2 | minute order that says that failure on Mr. Dean's part to
3 | appear once again or failure to comply with the outstanding
4 | discovery requests by that date will result in dismissal for
5 | want of prosecution.
6 |     MR. MORRISON: So will the order be failure to
7 | reply to discovery by November 4th or will that be by today
8 | as previously ordered? I -- if -- that is fine if we don't
9 | make it today. I would like to have the discovery response
10 | provided before the 4th, just so I can see it.
11 |     THE COURT: Yeah, that is sensible.
12 |     MR. MORRISON: Maybe -- maybe --
13 |     THE COURT: Suppose I -- it is more than two weeks.
14 |     MR. MORRISON: Right.
15 |     THE COURT: So let's say that the discovery
16 | response has to be in hand by Monday, November 1.
17 |     MR. MORRISON: Okay.
18 |     THE COURT: And failure to do that or failure to
19 | appear once again at the November 4th status date will result
20 | in dismissal for want of prosecution.
21 |     MR. MORRSON: Thank you very much, your Honor.
22 |     THE COURT: Thank you.
23 |     THE COURT: Now wait, Sandy, let me make a note.
24 |   (Which were all the proceedings heard.)
25 |

1  CERTIFICATE
2    I certify that the foregoing is a correct transcript
3  from the record of proceedings in the above-entitled matter.
4
5  s/Rosemary Scarpelli/          Date:  March 3, 2011