# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 20, 2011

| No.: 11-1288 | JAMES DEAN, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>DRAPER & KRAMER, INCORPORATED,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:09-cv-04374<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur | |

On October 26, 2011, the court granted the appellant an extension of time until November 28, 2011, to file the required opening brief and appendix. The court warned that no further extensions of time would be granted. Despite this warning, the appellant failed to file a timely opening brief.  Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for lack of prosecution. *See* Cir. R. 31(c)(2).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit